UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NICHOLAS PIERRON                                    CIVIL ACTION

VERSUS                                              NO. 11-3038

BURL CAIN, WARDEN                                   SECTION "I"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Nicholas Pierron, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Nicholas Pierron's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this   10th   day of April, 2012.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**